UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO FIERRO, | ) | Case No. CV 11-3549 JVS (MRW) |
|           Petitioner, | ) ) | |
|      vs. | ) | JUDGMENT |
| JOHN B. FOX, Warden, | ) ) | |
|           Respondent. | ) ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 17, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE